# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 10-5159 September Term, 2010
FILED ON: SEPTEMBER 6, 2011

AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION FOUNDATION,
APPELLANTS/CROSS-APPELLEE

v.

UNITED STATES DEPARTMENT OF JUSTICE,
APPELLEE/CROSS-APPELLANTS

Consolidated with 10-5167

Appeals from the United States District Court
for the District of Columbia
(No. 1:08-cv-01157)

Before: GINSBURG and GARLAND, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

**J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed in part, vacated in part, and the case is remanded, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

BY: /s/
      Jennifer M. Clark
      Deputy Clerk

Date: September 6, 2011

Opinion for the court filed by Circuit Judge Garland.